

**UNITED STATES of America,**

v.

**Donald JONES, a/k/a Hafiz Shabur Donald Jones, Appellant.**

No. 02–4598.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Sept. 30, 2004.

Decided Nov. 8, 2004.

Salvatore L. Astolfi, Office of United States Attorney, Philadelphia, PA, for Appellee.

W. Fred Harrison, Jr., Philadelphia, PA, for Appellant.

Before ROTH, BARRY, and CHERTOFF, Circuit Judges.

OPINION

BARRY, Circuit Judge.

Donald Jones was charged with being a convicted felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). He pled guilty, and was sentenced to 180 months imprisonment and five years of supervised release.

Jones, *pro se,* appealed the judgment of sentence, and trial counsel was appointed to represent Jones on appeal. After reviewing the record, counsel filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), requesting permission to withdraw because he was unable to discern any non-frivolous issues for review. Jones was subsequently provided notice of his counsel's desire to withdraw. He has not filed a *pro se* brief.

The District Court had jurisdiction under 18 U.S.C. § 3231, and we have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). We will grant counsel's motion to withdraw and will affirm the judgment of sentence.

**I.**

When counsel submits an Anders brief, we must perform a two part inquiry. First, we must determine whether counsel has satisfied L.A.R. 109.2(a). *United States v. Youla,* 241 F.3d 296, 300 (3d Cir.2001). To discharge his duty pursuant to L.A.R. 109.2(a), counsel's brief must "satisfy the court that counsel has thor-